# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE WYATT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY A. LAMARQUE,<br><br>　　　　Respondents.<br>_____/ | CV F   05-00185 AWI SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITIONER'S REQUEST TO WITHDRAW UNEXHAUSTED CLAIMS, DENYING MOTION TO DISMISS AS MOOT, AND REFERRING ACTION BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>[Doc. #23, #26, & #27] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On August 2, 2005, the Magistrate Judge issued Findings and Recommendation that the Motion to Dismiss be GRANTED as the petition was a "mixed" petition containing both exhausted and unexhausted claims. The Findings and Recommendation recommended, however, that Petitioner be granted the opportunity to withdraw the unexhausted claims as an alternative to suffering dismissal. On August 12 and September 7, 2005, Petitioner filed a notice to the Court indicating that he wishes to withdraw the unexhausted claims from the petition and proceed with the single exhausted claim.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 2, 2005, is ADOPTED;
2. Petitioner's request to withdraw Grounds 2, 3, and 4, from the petition is GRANTED;
3. The unexhausted claims having been withdrawn, the Motion to Dismiss is DENIED as moot; and
4. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   September 13, 2005**              /s/ Anthony W. Ishii
0m8i78                                                          UNITED STATES DISTRICT JUDGE