# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CLARENCE WYATT,                               CV F   05-00185 AWI SMS HC

                Petitioner,          ORDER DIRECTING RESPONDENT TO
                                              SUBMIT ANSWER ADDRESSING CLAIM
    v.                                    ONE OF PETITION

ANTHONY A. LAMARQUE,

              Respondents.
_____/

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Pursuant to the Court's order of September 15, 2005, Claims Two, Three, and Four have been dismissed from the petition as unexhausted.  (Court Doc. 29.)  Accordingly, by this order Respondent shall be directed to file an answer addressing the merits of Claim One raised in the petition.

    Accordingly, within **forty-five (45)** days from the date of service of this order, Respondent shall submit an answer addressing the merits of Claim One.  Within **thirty (30)** days from the date Respondent files its answer with Court, Petitioner may file a traverse.  All provisions set forth in the Court's April 26, 2005, order to file a responsive pleading remain in full force and effect.  (Court Doc. 19.)

IT IS SO ORDERED.

**Dated:    October 5, 2005**               ____**/s/ Sandra M. Snyder**____
icido3                                       UNITED STATES MAGISTRATE JUDGE

1